**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

UNITED STATES OF AMERICA,

v.

PAUL NASHAUN KENNEY

Case No. 3:16-CR-00252-BR

DETENTION ORDER
(Violation of Pretrial Release)

After a hearing pursuant to 18 USC § 3148 (violation of pretrial release order), the court finds that:

1. ☐ there is probable cause to believe the defendant has committed a federal, state, or local crime while on release and has not rebutted the presumption that his/her release will endanger another or the community, *or*
   ☐ there is clear and convincing evidence that the defendant has violated another condition of release, *or*
   ☑ the defendant stipulates he/she violated a condition of release, *and*

2. ☐ based on the factors set forth in 18 USC § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety of another person or the community, *or*
   ☑ defendant is unlikely to abide by any condition or combination of conditions of release.

Temporarily detained pending new release plan proposal.

Dated: July 27, 2016

[signature]
United States Magistrate Judge