***UNITED STATES DISTRICT COURT***
District of Oregon

# NOTICE OF JUDICIAL REASSIGNMENT

| | |
|---|---|
| Date of Reassignment: | April 3, 2025 |
| Case Number: | 3:16−cr−00252−AB |
| Case Title: | U.S.A. v. Paul Nashaun Kenney |

**(A)** **Case Reassignment:** In accordance with the Court's Case Management Plan, the above−captioned case has been reassigned from the Honorable Anna J. Brown to the Honorable Amy M. Baggio, United States District Judge. Information on this case may be obtained from the following:

| | |
|---|---|
| Case Status or Scheduling Information: | Telephone: 503−326−8051<br>Email: baggio_crd@ord.uscourts.gov |
| Filing or Docket Entry Information: | Telephone: 503−326−8050 |

**(B)** **Place of Filing:** Unless electronically filed, an original and copy of all documents will be filed with the Clerk's Office, Mark O. Hatfield U.S. Courthouse, 1000 S.W. Third Ave., Portland, OR, 97204.

**(C)** **Change to the Case Number:** Effective immediately, Judge Baggio's initials (AB) will replace the previous judge's initials in this case.

**MELISSA AUBIN**
**Clerk of Court**

cc: Judge Baggio
Counsel of Record

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**
Plaintiff,

**Case No.: 3:16−cr−00252−AB**

**v.**

**PAUL NASHAUN KENNEY**
Defendant.

---

**Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route**

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** ________________

**Signature:** ______________________________

**Name and OSB ID:** ______________________________

**E−mail Address:** ______________________________

**Firm Name:** ______________________________

**Mailing Address:** ______________________________

**City, State, Zip:** ______________________________

**Parties Represented:** ______________________________