**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO.: 3:16CR00252-1 AB** |
| **vs.** | **ORDER ON 12B PETITION TO MODIFY CONDITIONS OR TERM OF SUPERVISION** |
| **Paul Nashaun Kenney** | |

Based on the *Petition for Modification of Conditions or Term of Supervision* filed on July 16, 2025, regarding the above-name defendant, **IT IS HEREBY ORDERED that,**

☐ No Action

☒ **You must participate in a location monitoring program for a period of 60 days. During this period, you are subject to home detention and your movement in the community is restricted as follows: You are restricted to your residence at all times, except for employment, education, religious services, medical treatment, mental health or substance abuse treatment, attorney visits, court appearances, court-ordered obligations, or other activities as pre-approved by the probation officer. Unless otherwise specified by the Court, your participation in the location monitoring program will be monitored using technology approved by the probation officer, which may include radio frequency (RF) monitoring, GPS monitoring, or voice recognition. You must abide by all technology requirements. You must follow the program rules and pay all or part of the costs of participation in the location monitoring program as directed by the Court or the probation officer.**

☐ Submit a Request for Warrant or Summons.

☐ Court orders the defendant to appear for a status hearing schedule for

**DATED** this 18th day of July, 2025,

Michael H. Simon
U.S. District Judge