**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

UNITED STATES OF AMERICA,

v.

PAUL NASHAUN KENNEY

Case No. 3:16-CR-00252-AB

DETENTION ORDER
(Violation of Probation/Supervised Release)

After a preliminary hearing (or waiver thereof) pursuant to FRCrP 32.1(a)(1) and/or FRCrP 46(c) and 18 USC § 3143 (violation of probation or supervised release), the court finds that there is probable cause to hold defendant for a revocation hearing and that defendant has not met his/her burden of establishing by clear and convincing evidence that he/she will not flee nor pose a danger to another person or to the community.

THEREFORE, IT IS ORDERED pursuant to 18 USC § 3142(i)(2)-(4) that:

1. Defendant is detained pending a probation/supervised release revocation hearing;
2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separated, as far as practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
3. Defendant shall be afforded a reasonable opportunity for private consultation with his counsel;
4. The superintendent of the corrections facility in which defendant is confined shall make the defendant available to the United States Marshal for the purpose of appearance in connection with any court proceeding.

Dated: August 15, 2025

Stacie F. Beckerman
United States Magistrate Judge