AO 442 (Rev. 10/17 PDX) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

DISTRICT OF Oregon

United States of America
v.

Paul Nashaun Kenney
*Defendant*

Case No. 3:16CR00252-1 AB

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Paul Nashaun Ken ney,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☒ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows: *See attached "Petition for Warrant"*

Date: August 14, 2025

Amy M. Baggio
*Issuing officer's signature*

City and state: Portland, OR

Amy M. Baggio, U.S. District Court Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 08/15/2025, and the person was arrested on *(date)* 08/15/2025

at *(city and state)* Portland OR.

Date: 08/15/2025

[signature]
*Arresting officer's signature*

Dusan Frederick Bulzan
*Printed name and title*