**IN THE UNITED STATES DISTRICT OF COURT**

**FOR THE DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PAUL NASHAUN KENNEY,**<br><br>**Defendant.** | **Case No. 3:16-cr-00252-AB-1**<br><br>**ORDER GRANTING SUBSTITUTION OF COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A (SUPERVISED RELEASE VIOLATION)** |

IT IS ORDERED that CJA Panel Attorney Ernest Warren is appointed effective August 15, 2025, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving Assistant Federal Public Defender Justine Bonner, who shall be terminated from the list of attorneys to be noticed.

DATED this 21st day of August 2025.

/s/ Youlee Yim You
Honorable Youlee Yim You
United States Magistrate Judge

PRESENTED BY:

Fidel Cassino-DuCloux
Fidel Cassino-DuCloux
Federal Public Defender