**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

United States of America,

Plaintiff,

Case No. 3:16-cr-00252-AB

v.

ORDER CONTINUING SUPERVISED RELEASE

Paul Nashaun Kenney,

Defendant.

A hearing was held on August 29, 2025, to determine if Defendant violated the conditions of supervised release.

Defendant admitted the violations, and the Court accepted the admission and found Defendant violated the conditions of supervised release by (1) failing to refrain from unlawful use of a controlled substance; and (2) attempting to tamper with drug testing methods. The Court, however, finds Defendant is suitable for continued community supervision.

IT IS HEREBY ORDERED THAT SUPERVISED RELEASE IS CONTINUED, subject to the previously imposed mandatory, standard, and special conditions, and the following additional special conditions:

> You must participate in a substance abuse treatment or alcohol abuse treatment program, which may include inpatient treatment, and follow the rules and regulations of that program. The probation officer has obtained the authorization of the Court requiring residential or inpatient treatment pursuant to this condition pursuant to the evaluation results. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The program may include urinalysis

testing to determine if you have used drugs or alcohol. You must not attempt to obstruct or tamper with the testing methods.

You must reside in and participate in the program a residential reentry center for not more than 120 days, to be released at the direction of the probation officer. You must follow the rules and regulations of the center.

All other conditions remain in full force and effect.

IT IS FURTHER ORDERED that Defendant is committed to the custody of the United States Marshal and shall remain in custody for up to 14 days from the date of this Order. Defendant shall be released to the RRC or in-patient treatment upon notification by the Probation Office.

DATED: August 29, 2025

AMY M. BAGGIO
United States District Judge