Ernest Warren, Jr. OSB #891384
Warren & Sugarman
838 S.W. First Ave., Suite 200
Portland, OR 97204
Tel: (503) 228-6655
E-mail: e.warren@ernestwarrenlaw.com

**Attorney for Defendant**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br>**v.**<br>**PAUL NASHAUN KENNEY,**<br>Defendant. | **Case No.::3:16-CR-00252-AB-1**<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAWAL AS COUNSEL** |

I, Ernest Warren, Jr., do depose and say:

1. I am the attorney of record for the defendant in the above-entitled action and
2. I make this declaration in support of the attached motion to withdraw.
3. Defendant's last known location: Northwest Regional Re-entry Center.
4. Client has been sentenced and there is nothing else for me to do on this case.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 23rd day of September, 2025.

/s/ **Ernest Warren, Jr.**
Ernest Warren, Jr. OSB No. 891384
Attorney for Defendant



**WARREN & SUGARMAN**
**Attorneys at Law**
**838 SW First Avenue • Suite 200 • Portland, Oregon 97204**
**Tel (503) 228-6655**
**ernestwarrenlaw.com**

**CERTIFICATE OF SERVICE**

I Ernest Warren, Jr., hereby certify that, on September 23, 2025, I made service of Defendant's **DECLARATION IN SUPPORT OF MOTION TO WITHDRAWAL AS COUNSEL** enclosed herein with the Clerk of the U.S. District Court, District of Oregon in the attached matter upon the parties listed below by notice of electronic filing using the CM/ECF PACER Electronic Filing System as follows:

**AUSA Thomas H. Edmonds**
**U.S. Attorney's Office, District of Oregon**
1000 SW Third Avenue, Suite 600
Portland, OR 97204
Tel: 503-727-1117
Email::tom.edmonds@usdoj.gov

and filed the original with the Court on the date listed below.

DATED this 23rd day of September, 2025.

**WARREN & SUGARMAN**

**/s/ Ernest Warren, Jr.**
Ernest Warren, Jr. **OSB No. 891384**
Attorney for defendant



**WARREN & SUGARMAN**
**Attorneys at Law**
**838 SW First Avenue • Suite 200 • Portland, Oregon 97204**
**Tel (503) 228-6655**
**e.warren@ernestwarrenlaw.com**